UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In re:**
Derrick A Brown
4785 Fay Dr
South Euclid, OH 44121

**Case Number:** 21−13992−jps

**Chapter:** 13

**Judge:** JESSICA E. PRICE SMITH

### NOTICE OF ADJOURNED CONFIRMATION HEARING

**To the Creditors and Parties in Interest:**

You are hereby notified that the hearing to consider confirmation of the debtor's plan, any modification thereto, and previously filed objections to confirmation has been adjourned to:

**Date/Time/Location of Hearing**
March 10, 2022 **at** 09:30 AM
H.M. Metzenbaum Courthouse, 201 Superior Avenue, Courtroom #2B, Cleveland, OH 44114

ENTERED UNDER AMENDED ADMINISTRATIVE
ORDER NO. 11−02 JOSIAH C. SELL,
CLERK OF BANKRUPTCY COURT

**Date:** January 5, 2022
Form ohnb150

By: /s/ Erick Jones
Deputy Clerk