In re:                                                                              Case No. 21-13992-jps

Derrick A Brown                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0647-1 | User: | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: 140 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derrick A Brown, 4785 Fay Dr, South Euclid, OH 44121-3884 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron T Kimbrell | |
| | on behalf of Debtor Derrick A Brown akimbrell@fairmaxlaw.com paralegal3@fairmaxlaw.com,aaron@kimbrell-law.com,paralegal1@fairmaxlaw.com;r64271@notify.bestcase.com,6016@notices. nextchapterbk.com;davidiennajr64271@notify.bestcase.com |
| Lauren A. Helbling | |
| | ch13trustee@ch13cleve.com  lhelbling13@ecf.epiqsystems.com |

TOTAL: 2

# United States Bankruptcy Court
## Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Aaron T Kimbrell

**Case Number:** 21−13992−jps

**Debtor(s):** Derrick A Brown

**Judge:** JESSICA E. PRICE SMITH

**The items marked below are deficient and must be corrected by 1/15/2022, or this matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.

☐ Affidavit needs: ☐ notary seal/stamp/commission expiration ☐ signature ☐ county/state

☐ Attachments/Exhibits: ☐ not filed ☐ incorrect or not relevant to filing

☐ Attorney name block is missing, or does not include attorney's full name, firm, address, telephone number, and attorney registration number.

☐ Case: ☐ closed ☐ dismissed ☐ transferred

☐ Certificate of Service indicating name, address of parties served, and the date of service was not filed.

☐ Certificate of Service − Chapter 13 Plan: Debtor failed to comply with Bankruptcy Rule 3012(b) and Local General Order 17−1, providing the debtor must serve creditor in the manner provided for service of a summons and complaint under Bankruptcy Rule 7004, as well as provide a certificate of service "that includes the date and method of service and the identity by name and address of each entity served, consistent with Local Bankruptcy Rule 9013−3."

☐ Document: ☐ case# incorrect ☐ caption incorrect ☐ Judge incorrect

☐ ECF event used is incorrect. ☐ Resubmit the document using the correct code. See the ECF Search Menu.

☐ Employee income records and/or proof of no income received 60 days preceding case filing were not filed.

☐ Fee due in the amount of $ ☐ Fee deleted by the filer. Resubmit the pleading and pay the fee.

☐ Form B121 required.

☐ Hearing: ☐ notice not filed ☐ time, date, and/or location are incorrect

☐ Installment Application: ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit

☐ Official Form B423 must be filed, or the case may be closed without the discharge order.

☐ Order Regarding:

☐ Petition: ☐ incorrect Official Form ☐ missing document(s):

☐ Petition for Unclaimed Funds does not comply with LBR 3011−1. Please reference the LBR for guidelines.

   ☐ Proof of deposit is not attached to the petition (e.g., copy of receipt and attached list of parties entitled to funds; unclaimed funds search web page; or other supporting documents).

☐ Exhibit A is not attached   ☐ Full Tax ID/Social Security Number is not attached to Exhibit A

☐ incorrect identification

☐ Signature Declaration missing.

☐ Signature must be:   ☐ original   ☐ /S/ signature for   ☐ attorney   ☐ debtor   ☐ creditor

☑ Other Deficient Matter(s): See Comments/Instructions below.

**Comments/Instructions**
Debtor's signature indicates a middle initial that differs from the petition. Please clarify.

**Deputy Clerk: /s/Erick Jones    Date:** January 10, 2022

**Form:** ohnb140